# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Miguel RENTERIA-Ramirez
Citizen of Mexico
YOB: 1970
A20 552 036
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07- 10482 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about February 23, 2006, Defendant Miguel RENTERIA-Ramirez was arrested and removed from the United States to Mexico through the port of Nogales, Arizona, in pursuance of law, and thereafter on or about July 27, 2007, Defendant was found in the United States near Palo Verde, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about July 24, 2007, within the Southern District of California, Defendant Miguel RENTERIA-Ramirez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
David Bon
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 30, 2007                                at                     Yuma, Arizona
Date                                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:            Miguel RENTERIA-Ramirez

Dependents:           2 USC

**IMMIGRATION HISTORY:**   The Defendant was last removed through Nogales, Arizona on February 23, 2006.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 9/15/89 | Corona, CA | GTA, Resisting Arrest, Carrying Concealed Weapon | **GUILTY-16 MONTHS PRISON** |
| 5/7/92 | Anaheim, CA | Take Veh W/O Owners Consent/Veh Theft | **GUILTY-PROBATION REINSTATED-90 DAYS JAIL** |
| 6/24/93 | Santa Ana, CA | Commitment-Attempted Burglary, Take Veh W/O Owners Consent | **GUILTY-1 YEAR JAIL** |
| 3/17/95 | Ontario, CA | Indecent Exposure/Solicit Prostitution | **GUILTY-24 MONTHS PROBATION** |
| 3/9/96 | Riverside, CA | Burglary | **NONE SHOWN** |
| 3/11/96 | Santa Ana, CA | Bench Warrant Burglary/Burglary 2nd Degree | **NONE SHOWN** |
| 5/31/01 | Buena Park, CA | DUI Alcohol/Drugs | **NONE SHOWN** |
| 6/1/01 | Santa Ana, CA | ADW/GBI Force, Not Firearm | **GUILTY-2 YEARS PRISON** |
| 2/23/03 | San Diego, CA | Fail Reg/ETC Sex Off/PR | **NONE SHOWN** |
| 5/23/05 | San Diego, CA | Driv, Lic SUS/ETC,UI/Rfusl | **NONE SHOWN** |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Palo Verde, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on July 24, 2007.

Charges:   8 USC§1326          (Felony)
           8 USC§1325          (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

July 30, 2007
Date

Signature of Judicial Officer

## Probable Cause Statement

*I, Senior Patrol Agent David Bon, declare under penalty of perjury, the following is true and correct:*

Defendant:             Miguel RENTERIA-Ramirez

Dependents:            2 USC

**IMMIGRATION HISTORY:**   The Defendant was last removed through Nogales, Arizona on February 23, 2006.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 9/15/89 | Corona, CA | GTA, Resisting Arrest, Carrying Concealed Weapon | **GUILTY-16 MONTHS PRISON** |
| 5/7/92 | Anaheim, CA | Take Veh W/O Owners Consent/Veh Theft | **GUILTY-PROBATION REINSTATED-90 DAYS JAIL** |
| 6/24/93 | Santa Ana, CA | Commitment-Attempted Burglary, Take Veh W/O Owners Consent | **GUILTY-1 YEAR JAIL** |
| 3/17/95 | Ontario, CA | Indecent Exposure/Solicit Prostitution | **GUILTY-24 MONTHS PROBATION** |
| 3/9/96 | Riverside, CA | Burglary | **NONE SHOWN** |
| 3/11/96 | Santa Ana, CA | Bench Warrant Burglary/Burglary 2nd Degree | **NONE SHOWN** |
| 5/31/01 | Buena Park, CA | DUI Alcohol/Drugs | **NONE SHOWN** |
| 6/1/01 | Santa Ana, CA | ADW/GBI Force, Not Firearm | **GUILTY-2 YEARS PRISON** |
| 2/23/03 | San Diego, CA | Fail Reg/ETC Sex Off/PR | **NONE SHOWN** |
| 5/23/05 | San Diego, CA | Driv, Lic SUS/ETC,UI/Rfusl | **NONE SHOWN** |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Palo Verde, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on July 24, 2007.

*Executed on: Date*   July 29, 2007         *Time:*  8:57 AM

*Signed:*  David Bon                         Senior Patrol Agent

*Finding of Probable Cause*

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on July 24, 2007 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date __7-29-07__   Time __4:07 PM__

Signed: _____ United States Magistrate Judge

DATE: 8/29/2007       CASE NUMBER: 07-10482-001M-SD       ☐ CLOSED

**PLEA/SENTENCING MINUTES**
USA vs. Miguel Renteria-Ramirez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney None Present                    INTERPRETER REQ'D _____
                                              LANGUAGE: English
Attorney for Defendant Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA __
☐ Financial Afdvt taken          ☐ Complaint Filed            ☐ Appointment of counsel hearing held
☐ Initial Appearance             ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed

**DETENTION HEARING:**   ☐ Submitted  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**STATUS HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:   before:

☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts _____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s) _____ of the ☐ Information ☐ Indictment ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) __
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☐ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of __   ☐ Probation/Supervised Release for
☐ Special Assessment $_____   ☐ Fine $_____   ☐ Restitution $_____

Other: __Border Patrol Prosecution Agent Artemio Garcia, appearing for the Government, moves for dismissal of all charges. Court grants motion and dismisses case without prejudice. Case is closed.__

RECORDED: CS (3 min)
BY: Angela J. Tuohy, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | |
|---|---|
| Plaintiff, | Mag Case No: 07-10482M-SD |
| v. | **O R D E R** |
| Miguel Renteria-Ramirez, | |
| Defendant. | |

Upon motion of the defendant, and good cause appearing,

IT IS HEREBY ORDERED that the defendant's Motion to Continue Status Hearing is granted pursuant to 18 U.S.C. §3161(h)(8)(A). This court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(b)(IV).

IT IS FURTHER ORDERED continuing the status hearing of this case from August 21, 2007, to August 29, 2007, at 1:00p.m. in Yuma, Arizona.

DATED this  20th  day of  August, 2007.

_____
Honorable Jay Irwin
United States Magistrate Judge

CC: USM / PTS / AFPD / BP git 8/20/07

JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2721

JUAN ROCHA, #025039
Asst. Federal Public Defender
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR 07-10482M-SD |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE STATUS HEARING** |
| vs. | |
| Miguel Renteria-Ramirez, | |
| Defendant. | |

    Miguel Renteria-Ramirez, through undersigned counsel, respectfully requests that this Court continue the status hearing to August 29, 2007 from the current date of August 21, 2007. The basis for this requested continuance is defense counsel on-going investigation of Defendant's derivative citizenship claim. Counsel needs the additional time to review files obtained from Mexico and the State of California.

    Defense counsel has contacted Assistant United States Attorney, Tim Andrews, concerning this motion and he has no objection to the requested continuance.

. . .

. . .

| | |
|---|---|
| 1 | Respectfully submitted: August 17, 2007. |
| 2 | JON M. SANDS |
| 3 | Federal Public Defender |
| 4 | |
| 5 | |
| 6 | JUAN L. ROCHA<br>Asst. Federal Public Defender |

Copy of the foregoing delivered this 17th day of August, 2007, to:

Copy mailed to:

TIMOTHY ANDREWS
Assistant United States Attorney
4035 S. Avenue A
Yuma, Arizona 85365

Copy mailed to:

Defendant

By: s/G. Rodriguez

UNITED STATES DISTRICT COURT          MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 8/14/2007    CASE NUMBER: 07-10482-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Miguel Renteria-Ramirez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK
U.S. Attorney None Present    INTERPRETER REQ'D_____
    LANGUAGE: English
Attorney for Defendant Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA__
☐ Financial Afdvt taken    ☐ Complaint Filed    ☐ Appointment of counsel hearing held
☐ Initial Appearance    ☐ No Financial Afdvt taken    ☐ Financial Afdvt sealed

**DETENTION HEARING:**   ☐ Submitted  ☐ Cont'd  ☐ Reset  ☐ UA
Set for: before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☐ Held  ☒ Cont'd  ☐ Reset
Set for: 8/21/07 at 1:00 p.m. before: Magistrate Judge Irwin
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_____ of the ☐ Information ☐ Indictment ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) __
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of___  ☐ Probation/Supervised Release for
☐ Special Assessment $_____  ☐ Fine $_____  ☐ Restitution $_____
Other: Defense counsel requests a third continuance. Court grants motion.

RECORDED: CS (2 min)
BY: Angela J. Tuohy, Deputy Clerk

DATE: 8/1/2007        CASE NUMBER: 07-10482-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Miguel Renteria-Ramirez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN    Judge #: 70BK
U.S. Attorney None Present          INTERPRETER REQ'D
                                    LANGUAGE: English
Attorney for Defendant Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA __
☐ Complaint Filed                 ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☐ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☐ Initial Appearance

**DETENTION HEARING:** ☒ Submitted ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $_____
☒ Defendant continued detained pending trial  ☒ Flight Risk  ☐ Danger

**PLEA HEARING:**        ☐ Held ☒ Cont'd ☐ Reset
Set for: 8/14/07 at 1:00 p.m. before: Magistrate Judge Irwin
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court ☐ Plea of Guilty ☐ Not Guilty ☐ Entered to Counts___
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)____ of the ☐ Information ☐ Indictment ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☐ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ___
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of___ ☐ Probation/Supervised Release for
☐ Special Assessment $_____ ☐ Fine $_____ ☐ Restitution $_____

Other:  Defense counsel requests a second continuance. The Government (Prosecution Agent Scott Deranick) has no objection. Court grants motion.

RECORDED:  CS (2 min)
BY: Angela J. Tuohy, Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.

Miguel Renteria-Ramirez

*ORDER OF DETENTION PENDING TRIAL*

Case Number: 07-10482M-001-SD

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on August 1, 2007. Defendant was present and was represented by counsel. I conclude by a preponderance of the evidence the defendant is a flight risk and order the detention of the defendant pending trial in this case.

### FINDINGS OF FACT

I find by a preponderance of the evidence that:

- [x] The defendant is not a citizen of the United States or lawfully admitted for permanent residence.
- [x] The defendant, at the time of the charged offense, was in the United States illegally.
- [x] If released herein, the defendant faces removal proceedings by the Bureau of Immigration and Customs Enforcement, placing him/her beyond the jurisdiction of this Court and the defendant has previously been deported or otherwise removed.
- [ ] The defendant has no significant contacts in the United States or in the District of Arizona.
- [ ] The defendant has no resources in the United States from which he/she might make a bond reasonably calculated to assure his/her future appearance.
- [x] The defendant has a prior criminal history.
- [ ] The defendant lives/works in Mexico.
- [ ] The defendant is an amnesty applicant but has no substantial ties in Arizona or in the United States and has substantial family ties to Mexico.
- [ ] There is a record of prior failure to appear in court as ordered.
- [ ] The defendant attempted to evade law enforcement contact by fleeing from law enforcement.
- [ ] The defendant is facing a maximum of _____ years imprisonment.
- [ ] _____

The Court incorporates by reference the material findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter, except as noted in the record.

### CONCLUSIONS OF LAW

1. There is a serious risk that the defendant will flee.
2. No condition or combination of conditions will reasonably assure the appearance of the defendant as required.

### DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

### APPEALS AND THIRD PARTY RELEASE

IT IS ORDERED that should an appeal of this detention order be filed with the District Court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the District Court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the District Court to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

DATE: August 1, 2007

JAY R. IRWIN
United States Magistrate Judge

DATE: 7/30/2007       CASE NUMBER: 07-10482-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Miguel Renteria-Ramirez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK
U.S. Attorney _____ INTERPRETER REQ'D _____
                                              LANGUAGE: English
Attorney for Defendant Juan Rocha (AFPD)

- DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 7/27/2007        ☒ Complaint Filed           ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☒ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**    ☒ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**          ☐ Held  ☒ Cont'd  ☐ Reset
Set for: 8/1/07 at 1:00 p.m. before: Magistrate Judge Irwin
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts _____
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s) _____ of the ☐ Information  ☐ Indictment  ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of ____  ☐ Probation/Supervised Release for _____
☐ Special Assessment $_____  ☐ Fine $_____  ☐ Restitution $_____
Other: Defense counsel requests a continuance. The Government has no objection.

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk